**No. 54057.**—Schenley Distilleries, Inc., et al. *v.* United States, protests 124954–K, etc. (San Francisco).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiffs was sustained.

**No. 54058.**—Julius Wile Sons & Co., Inc. *v.* United States, protest 134896–K (New York).

Opinion by EKWALL, J. For the reasons stated in *Austin, Nichols & Co., Inc.* v. *United States* (22 Cust. Ct. 33, C. D. 1155), the claim of the plaintiff was sustained.